---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number *(if known)*: _____  Chapter  11

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **EV Energy Partners, L.P.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business* as names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 20-4745690 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**1001 Fannin**
Number    Street

**Suite 800**

**Houston, Texas 77002**
City    State    Zip Code

**Harris County**
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    Zip Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    Zip Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://www.evenergypartners.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☒ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **EV Energy Partners, L.P.**                                Case number *(if known)* _____
          Name

| | |
|---|---|
| 7.  **Describe debtor's business** | A.  *Check One:* |
| | ☐  Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐  Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐  Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐  Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐  Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒  None of the above |

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2111**

| | |
|---|---|
| 8.  **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:* |
| | ☐  Chapter 7 |
| | ☐  Chapter 9 |
| | ☒  Chapter 11.  *Check all that apply:* |

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒  A plan is being filed with this petition.

☒  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

| | | |
|---|---|---|
| 9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  If more than 2 cases, attach a separate list. | ☒  No<br>☐  Yes. | District _____  When _____  Case number _____<br>                                    MM/DD/YYYY<br>District _____  When _____  Case number _____<br>                                    MM/DD/YYYY |
| 10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  List all cases.  If more than 1, attach a separate list. | ☐  No<br>☒  Yes. | Debtor    **See Rider 1**                        Relationship    **Affiliate**<br>District    **District of Delaware**<br>                                                 When    **04/02/2018**<br>Case number, if known _____                        MM / DD / YYYY |

Debtor    **EV Energy Partners, L.P.**                                            Case number *(if known)* _____
_____
        Name

| | | |
|---|---|---|

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒  No
☐  Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other  _____

**Where is the property?**

    _____
    Number        Street

    _____

    _____
    City          State    Zip Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency    _____

        Contact name      _____

        Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒  Funds will be available for distribution to unsecured creditors.
☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | EV Energy Partners, L.P. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million |

☒ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/02/2018
MM/DD/YYYY

x _____    Nicholas P. Bobrowski
Signature of authorized representative of debtor    Printed name

Title    Authorized Signatory

**18. Signature of attorney**

x _____    Date    04 02 /2018
Signature of attorney for debtor    MM/DD/YYYY

Laura Davis Jones
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

919 North Market Street, 17th Floor
Number        Street

Wilmington    Delaware    19801
City    State    ZIP Code

(302)-652-4100    ljones@pszjlaw.com
Contact phone    Email address

2436    Delaware
Bar number    State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2" style="text-align:center">District of Delaware<br>(State)</td></tr>
<tr><td>Case number <em>(if known):</em> _____</td><td>Chapter ___11___</td></tr>
</table>

☐ Check if this is an
amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of EV Energy Partners, L.P.

- EV Energy Partners, L.P.
- EV Properties, L.P.
- EV Properties GP, LLC
- EnerVest Production Partners, Ltd.
- EVPP GP, LLC
- CGAS Properties, L.P.
- EVCG GP, LLC
- EnerVest Monroe Marketing, Ltd.
- EnerVest Monroe Gathering, Ltd.
- EV Energy GP, L.P.
- EV Management, LLC
- EV Energy Finance Corp.
- Belden & Blake, LLC
- EnerVest Mesa, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EV ENERGY PARTNERS, L.P. | ) | Case No. 18-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   001-33024

2.    The following financial data is the latest available information and refers to the debtor's condition on 12/31/2017

| | | | |
|---|---|---|---|
| (a) | Total assets | $ | 1,441,805 (reflective of EV Energy Partners, L.P.'s book value, on a consolidated basis, excluding intercompany claims). |
| (b) | Total debts (including debts listed in 2.c., below) | $ | 813,793,000 |
| (c) | Debt securities held by more than 500 holders | | Approximate number of holders: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ | _____ |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ | _____ |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ | _____ |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ | _____ |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ _____ | _____ |

| | | |
|---|---|---|
| (d) | Number of shares of preferred stock | 0 |
| (e) | Number of shares of common stock | 49,368,869 |

Comments, if any:     EV Energy Partners, L.P. does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued but does not believe that any such securities are held by more than 500 holders.

3.    Brief description of debtor's business:     EV Energy Partners, L.P. is a publicly traded, master limited partnership specializing, together with debtor and non-debtor subsidiaries, in the acquisition and efficient operation and development of onshore oil and gas properties in the continental United States.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
John B. Walker, Jerry R. Kent

**SECRETARY'S CERTIFICATE**
**April 2, 2018**

The undersigned, Nicholas Bobrowski, serving as Secretary of EV Management, LLC, a Delaware limited liability company (the "Company") for the meeting on April 2, 2018, hereby certifies as follows:

1. I am the serving and acting Secretary, Vice President and Chief Financial Officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the board of directors of the Company (the "Board of Directors"), duly adopted at a properly convened and meeting of the Board of Directors of April 2, 2018, in accordance with the limited liability company agreement of the Company.

3. Since their adoption and execution, the Resolutions have not been modified, rescinded or amended and are in full force and effect as of the date hereof, and the Resolutions are the only resolutions adopted by the Board of Directors relating to the authorization and ratification of all corporate actions taken in connection with the matters referred to therein.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of April 2, 2018.

EV Management, LLC

By: _____

Name: Nicholas Bobrowski

Title:  Acting Secretary, Vice President &
        Chief Financial Officer

**Resolutions to Be Adopted by the Board of Directors of EV Management, LLC, for Itself, and on Behalf of EV Energy GP, LP, EV Energy Partners, L.P. and Certain of the Direct or Indirect Wholly-Owned Subsidiaries of EV Energy Partners, L.P.**

*Chapter 11 Filing*

WHEREAS, the Board of Directors (the "*Board*") of EV Management, LLC, a Delaware limited liability company ("*Management*") and the general partner of EV Energy GP, L.P., a Delaware limited partnership (the "*GP*"), which, in turn, is the general partner of EV Energy Partners, L.P., a Delaware limited partnership (the "*MLP*"), after consultation with the executive officers of Management and the restructuring advisors for Management and the MLP, has considered strategic alternatives available to it regarding the liabilities and liquidity situation of Management, the GP, the MLP and the direct or indirect wholly-owned subsidiaries of the MLP as set forth in Annex I attached hereto (each such subsidiary being referred to individually as a "*Subsidiary*," and collectively as the "*Subsidiaries*") (each of the foregoing entities being referred to individually as "*Debtor*," and collectively as the "*Debtors*"); and

WHEREAS, the Board, in consultation with the executive officers of Management and the restructuring advisors for Management and the MLP, has considered the potential advantages and disadvantages of the Debtors filing, or causing to be filed, a voluntary petition for relief (the "*Chapter 11 Case*") under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code (the "*Bankruptcy Code*") in a court of proper jurisdiction (the "*Bankruptcy Court*") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

WHEREAS, in contemplation of the Chapter 11 Case, the Board has reviewed presentations prepared by the restructuring advisors and the executive officers with respect to the potential Chapter 11 Case and has engaged in good faith negotiations with the Consenting Holders (as defined below) and the Consenting Lenders (as defined below) regarding the terms of the comprehensive restructuring as set forth in the Restructuring Support Agreement, dated as of March 13, 2018, by and among the Debtors, certain holders of senior notes issued pursuant to that certain Indenture, dated as of March 22, 2011, among the MLP, EV Energy Finance Corp., a Delaware corporation, each of the guarantors party thereto and Delaware Trust Company, that are signatories to the Restructuring Support Agreement (the "*Consenting Holders*"), certain lenders party to the reserve-based lending facility pursuant to the terms of that certain Second Amended and Restated Credit Agreement dated as of April 26, 2011 (as amended and/or restated, the "*Credit Agreement*"), by and among the MLP, EV Properties, L.P., JPMorgan Chase Bank, N.A., as administrative agent, BNP Paribas and Wells Fargo, National Association, as co-syndication agents, the guarantors party thereto and the lenders thereunder, that are signatories to the Restructuring Support Agreement (the "*Consenting Lenders*"), EnerVest, Ltd. and EnerVest Operating, L.L.C.

NOW THEREFORE, BE IT RESOLVED, that in accordance with the applicable provisions of the Delaware Limited Liability Company Act, as amended, the Delaware Revised Uniform Limited Partnership Act, as amended, the Amended and Restated Agreement of Limited Partnership of the MLP, as amended, the Amended and Restated Agreement of Limited Partnership of the GP and the Amended and Restated Limited Liability Company Agreement of

Management, the Board, acting in good faith reliance upon the financial information of Management, the GP and the MLP provided to the Board and the reports of Management's officers and restructuring advisors, hereby determines, on behalf of:

    (i)  Management, for itself;

    (ii)  Management in its capacity as the general partner of the GP, acting for the GP itself and in the GP's capacity as general partner of the MLP; and

    (iii)  The MLP, acting for itself and in the MLP's capacity as the sole owner, directly or indirectly, of all of the limited liability company interests, and as the sole member, directly or indirectly, of each Subsidiary that is a limited liability company, with each such limited liability company-Subsidiary acting for itself and, where applicable, acting on behalf of each Subsidiary that is a limited partnership as the direct or indirect sole general partner of each such limited partnership,

that the Debtors' filing of the Chapter 11 Case under the Bankruptcy Code in the Bankruptcy Court, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, be and they hereby are, approved in all respects; and be it

    **RESOLVED FURTHER**, that Management is hereby authorized and directed to take all actions necessary or advisable in order to authorize, direct and cause the Debtors to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all action they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Debtors' business; and be it

    **RESOLVED FURTHER**, that any officer of Management, the GP, the MLP or any Subsidiary, as may be applicable under the circumstances (each, an "***Authorized Officer***"), shall be, and each of them hereby is, authorized and empowered, in the name and on behalf of Management, the GP, the MLP and each of the Subsidiaries, as may be applicable, to take all actions and file all documents (including, without limitation, to prepare, negotiate and execute any agreements, documents, certificates, supplemental agreements, instruments, petitions, schedules, lists and other motions, papers or documents) necessary or advisable in order to (i) effectuate the Chapter 11 Case, on behalf of and in the name of the Debtors, which shall be, in such Authorized Officer's sole discretion, necessary, proper or advisable in order to perform the obligations under or in connection with the Chapter 11 Case and the attendant transactions contemplated thereunder, including such changes, modifications, and amendments as such Authorized Officer may approve, and (ii) carry out fully the intent of the foregoing resolutions; and be it

    **RESOLVED FURTHER**, that all acts and deeds previously performed by any of the officers of Management, the GP, the MLP or any of the Subsidiaries, as may be applicable, prior to the adoption of the foregoing recitals and resolutions that are within the authority conferred by the foregoing recitals and resolutions, are hereby ratified, confirmed and approved in all respects as the authorized acts and deeds of Management, the GP, the MLP or the Subsidiaries, as the case may be.

*Retention of Professionals*

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "*Kirkland*") as general bankruptcy counsel to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Debtors' rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Kirkland; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP ("*PSZJ*") as local bankruptcy counsel to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Debtors' rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of PSZJ; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Parella Weinberg Partners LP ("*PWP*") as financial advisor to, among other things, assist the Debtors in evaluating their business and prospects, developing a long-term business plan, developing financial data for evaluation by the Board, creditors or other third parties, as requested by the Debtors, evaluating the Debtors' capital structure, responding to issues related to the Debtors' financial liquidity, and in any sale, reorganization, business combination or similar disposition of the Debtors' assets; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of PWP; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Deloitte & Touche LLP ("*D&T*") as restructuring advisor, registered public accountant and tax services provider to, among other things, assist the Debtors in evaluating their business and prospects, developing a long-term business plan, developing financial data for evaluation by the Board, creditors or other third parties, as requested by the Debtors, evaluating the Debtors' capital structure, responding to issues related to the Debtors' financial liquidity, and in any sale, reorganization, business combination or similar disposition of the Debtors' assets; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of D&T; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC ("*Prime Clerk*") as notice, claims and balloting agent and as administrative advisor to represent and assist the Debtors in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance each of the Debtors' rights and remedies; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Debtors in carrying out their duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as may be necessary; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

*Cash Collateral and Adequate Protection*

**RESOLVED**, that the Debtors will obtain benefits from the use of collateral, including cash collateral, as the term is defined in section 363(a) of the Bankruptcy Code ("*Cash Collateral*"), which is security for certain prepetition lenders (collectively, the "*Lenders*") party to the Credit Agreement; and be it

**RESOLVED FURTHER**, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Company will provide certain adequate protection to the Lenders (the "*Adequate Protection Obligations*"), as documented in a proposed order in interim and final form (the "*Cash Collateral Order*") and submitted for approval to the Bankruptcy Court; and be it

**RESOLVED FURTHER**, that the form, terms and provisions of the Cash Collateral Order to which the Debtors are or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted and approved, and each of the Authorized Officers be, and hereby are, authorized and empowered, in the name of and on behalf of the Debtors, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Debtors are or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Cash Collateral Order, the

"*Cash Collateral Documents*"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions and modifications thereto as the Authorized Officer or Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by the execution and delivery thereof by such Authorized Officer(s); and be it

**RESOLVED FURTHER**, that the Debtors, as debtors and debtors in possession under the Bankruptcy Code be, and each of them hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "*Cash Collateral Transactions*"), including granting liens on their assets to secure such obligations.

*Amendments to Organizational Documents*

**WHEREAS**, the Board has determined it to be in the best interests of certain of the Subsidiaries to amend such Subsidiaries' organizational documents.

**RESOLVED**, that the sole member of EV Midstream, LLC is hereby authorized, directed and empowered to execute that First Amendment to the Limited Liability Company Agreement of EV Midstream, LLC, dated as of the date hereof, in the form attached hereto as Exhibit A; and

**RESOLVED, FURTHER**, that the general partner and the limited partner of EV Midstream, L.P. are hereby directed and empowered to execute that First Amendment to the Limited Partnership Agreement of EV Midstream, L.P., dated as of the date hereof, in the form attached hereto as Exhibit B.

*General*

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Debtors, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of these resolutions; and be it

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions carried out in the name of and on behalf of the Debtors, or any of them, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of such Debtors with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board; and be it

**RESOLVED FURTHER**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions, or omit taking any

action, in the name of the Debtors (or any of them) with respect to the transactions contemplated by these resolutions, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment in order to effectuate the purposes of the transactions contemplated herein.

## ANNEX I

EV Energy Finance Corp., a Delaware corporation

EV Properties GP, LLC, a Delaware limited liability company

EV Properties, L.P., a Delaware limited partnership

EnerVest Production Partners, Ltd., a Texas limited partnership

CGAS Properties, L.P., a Delaware limited partnership

EVPP GP, LLC, a Delaware limited liability company

EVCG GP, LLC, a Delaware limited liability company

EnerVest Monroe Gathering, Ltd., a Texas limited partnership

EnerVest Monroe Marketing, Ltd., a Texas limited partnership

EnerVest Mesa, LLC, a Texas limited liability company

Belden & Blake, LLC, an Ohio limited liability company

**Exhibit A**

**Form of First Amendment to the Limited Liability
Company Agreement of EV Midstream, LLC**

## FIRST AMENDMENT TO THE
## LIMITED LIABILITY COMPANY AGREEMENT
## OF
## EV MIDSTREAM, LLC

This First Amendment to the Limited Liability Company Agreement (the **"Agreement"**) of EV Midstream, LLC, a Delaware limited liability company, hereby amends the Agreement in the following respects, in accordance with Section 9.3 of the Agreement:

1.    The following term is hereby added to Section 2.1 of the Agreement:

*"**Bankruptcy**"* means, for any Member, that Member's taking or acquiescing in the taking of an action seeking relief under, or advantage of, any applicable debtor relief, liquidation, receivership, conservatorship, bankruptcy, moratorium, rearrangement, insolvency, reorganization, or similar law affecting the rights or remedies of creditors generally, as in effect from time to time.

2.    Section 7.1 of Article 7 of the Agreement is hereby amended and restated in its entirety as follows:

The Company shall be dissolved upon the first of the following to occur:

   (1)    Upon the election to dissolve the Company by the Member; or

   (2)    The entry of a decree of judicial dissolution under the Act.

Upon dissolution of the Company, the business and affairs of the Company shall terminate, and the assets of the Company shall be liquidated under this Article 7.

Dissolution of the Company shall be effective as of the day on which the event occurs giving rise to the dissolution, but the Company shall not terminate until there has been a winding up of the Company's business and affairs, and the assets of the Company have been distributed as provided in Section 7.2.

Upon dissolution of the Company, the Member may cause any part or all of the assets of the Company to be sold in such manner as the Member shall determine in an effort to obtain the best prices for such assets; provided, however that the Member may distribute assets of the Company in kind to the Member to the extent practicable.

Notwithstanding any other provision of this Agreement, the Bankruptcy (as defined herein) of the Member or the occurrence of any event set forth in Section 18-304 of the Act with respect to the Member shall not cause such Member to cease to be a member of the Company and upon the occurrence of such an event, the business of the Company shall continue without dissolution.    For purposes of this Agreement, "Bankruptcy" means, with respect to any Person, (a) such Person filing a voluntary petition under the federal bankruptcy code (11 U.S.C. §§ 101 et seq.) (the "Bankruptcy Code") or any other federal or state bankruptcy or insolvency law, (b) the filing of an involuntary petition against such Person under the Bankruptcy Code or any other federal

or state bankruptcy or insolvency law, or soliciting or causing to be solicited, petitioning creditors for any involuntary petition against such Person, (c) such Person filing an answer consenting to or otherwise acquiescing in or joining in any involuntary petition filed against it, by any other Person under the Bankruptcy Code or any other federal or state bankruptcy or insolvency law, (d) such Person consenting to or acquiescing in or joining in an application for the appointment of a custodian, receiver, liquidator, assignee, trustee, sequestrator or any similar official for such Person or any portion of its assets, or (e) such Person making a general assignment for the benefit of creditors, or admitting, in writing or in any legal proceeding, its insolvency or inability to pay its debts as they become due.

3.      Except as specifically amended above, the Agreement shall remain the same and in full force and effect.

*Remainder of Page Intentionally Left Blank*
*Signature Page(s) Follows*

The undersigned, being the sole Member, does hereby ratify, confirm and approve the adoption of this amendment to the Agreement, and does hereby assume and agrees to be bound by and to perform all of the terms and provisions set forth in this amendment and the Agreement this ____30____ day of March, 2018.

> **EV PROPERTIES, L.P.**
> *a Delaware limited partneship*
>
> By:   EV Properties, GP, L.L.C.
>       its General Partner
>
> By:   _____
> Name:   Nicholas P. Bobrowski
> Title:   Vice President and Chief

<u>**Exhibit B**</u>

**Form of First Amendment to the Limited
Partnership Agreement of EV Midstream, L.P.**

# FIRST AMENDMENT TO THE
## LIMITED PARTNERSHIP AGREEMENT
## OF
## EV MIDSTREAM, L.P.

This First Amendment to the Limited Partnership Agreement (the "**Agreement**") of EV Midstream, L.P., a Delaware limited partnership, hereby amends the Agreement in the following respects, in accordance with <u>Section 11.4</u> of the Agreement:

1.    <u>Section 9.1</u> of <u>Article 9</u> of the Agreement is hereby amended and restated in its entirety as follows:

9.1    <u>Causes</u>.  The Partnership shall be dissolved on the first to occur of any of the following events, and each Partner hereby expressly waives any right that it might otherwise have to dissolve the Partnership:

The retirement, resignation, or withdrawal from the Partnership by the last remaining General Partner;

The execution by all the Partners of an instrument dissolving the Partnership; or

An event requiring such action under the Act.

Notwithstanding any other provision of this Agreement, the Bankruptcy (as defined herein) of a General Partner or the occurrence of any event set forth in Sections 17-402(a)(4) or (5) of the Act with respect to a General Partner shall not cause such General Partner to cease to be a general partner of the Partnership and upon the occurrence of such an event, the business of the Partnership shall continue without dissolution.  For purposes of this Agreement, "Bankruptcy" means, with respect to any Person, (a) such Person filing a voluntary petition under the federal bankruptcy code (11 U.S.C. §§ 101 et seq.) (the "Bankruptcy Code") or any other federal or state bankruptcy or insolvency law, (b) the filing of an involuntary petition against such Person under the Bankruptcy Code or any other federal or state bankruptcy or insolvency law, or soliciting or causing to be solicited, petitioning creditors for any involuntary petition against such Person, (c) such Person filing an answer consenting to or otherwise acquiescing in or joining in any involuntary petition filed against it, by any other Person under the Bankruptcy Code or any other federal or state bankruptcy or insolvency law, (d) such Person consenting to or acquiescing in or joining in an application for the appointment of a custodian, receiver, liquidator, assignee, trustee, sequestrator or any similar official for such Person or any portion of its assets, or (e) such Person making a general assignment for the benefit of creditors, or admitting, in writing or in any legal proceeding, its insolvency or inability to pay its debts as they become due.

Nothing contained in this <u>Section 9.1</u> is intended to grant to a Partner the right to dissolve the Partnership at will (by retirement, resignation, withdrawal, or otherwise), or to exonerate a Partner from liability to the Partnership and the remaining Partners if that Partner dissolves the Partnership at will.  A dissolution at will of the Partnership is in contravention of this Agreement for purposes of the Act or any successor statute.

2.      Except as specifically amended above, the Agreement shall remain the same and in full force and effect.

***Remainder of Page Intentionally Left Blank***
***Signature Page(s) Follows***

IN WITNESS WHEREOF, this Agreement is effective as of the ___30___ day of March, 2018.

GENERAL PARTNER:

**EV MIDSTREAM, LLC**
a Delaware limited liability company

By:      EV Properties, L.P.
its Sole Member

By:      EV Properties, GP, LLC,
its General Partner

By: _____
    Name:  Nicholas P. Bobrowski
    Title:   Vice President and Chief
            Financial Officer

LIMITED PARTNER:

**EV PROPERTIES, L.P.**
a Delaware limited partnership

By:      EV Properties, GP, LLC,
its General Partner

By: _____
    Name:  Nicholas P. Bobrowski
    Title:   Vice President and Chief
            Financial Officer

*Signature Page to First Amendment to the Limited Partnership Agreement*

**Fill in this information to identify the case:**

Debtor name    EV Energy Partners, L.P., *et al.*

United States Bankruptcy Court for the: _____ District of Delaware
Case number *(If known):*    18-_____ _____ (State)

☐   Check if this is an
    amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
                             12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

|  | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Delaware Trust Company One Little Falls Centre 2711 Centerville Rd Suite 220 Wilmington, DE 19808 | Delaware Trust Company P# 877-374-6010 Ext. 63682 F# 302-636-8666 bhancock@delawaretrust.com | 8.00% Senior Notes due 2019 | | | | $355,917,086 |
| 2 | PricewaterhouseCoopers LLP 2001 Ross Ave., Suite 1800 Dallas, TX 75201 | PricewaterhouseCoopers LLP P# 214-754-4535 F# 214-754-7991 robert.baldwin@pwc.com | Professional Services | | | | $370,000.00 |
| 3 | Grant Thornton LLP 33911 Treasury Center Chicago, IL 60694-3900 | Grant Thornton LLP P# 832-476-3600 F# 713-655-8741 adam.auble@us.gt.com | Professional Services | | | | $285,348.00 |

Debtor    EV Energy Partners, L.P., *et al.*         Case Number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Cawley Gillespie & Assoc. Inc. 306 W 7th St Suite 302 Fort Worth, TX 76102 | Cawley Gillespie & Assoc. Inc. P# 817-336-2461 F# 817-877-3728 cgaweb@cgaus.com | Professional Services | | | | $250,000.00 |
| 5 | JP Morgan Chase Bank Attn: Angelena Gaerisch Levy 726 Madison Ave New York, NY 10021 | JP Morgan Chase Bank P# 212-648-0054 F# 646-534-6163 angelena.gaerisch@jpmorgan.com | Hedging | | | | $217,755.00 |
| 6 | Ernst & Young LLP 3712 Solutions Center Chicago, IL 60677-3007 | Ernst & Young LLP P# 713-750-1500 F# 866-423-5274 | Professional Services | | | | $210,000.00 |
| 7 | Vorys Sater Seymour & Pease 52 East Gay Street Columbus, OH 43216-1008 | Vorys Sater Seymour & Pease P# 614-464-6400 | Professional Services | | | | $7,000.00 |
| 8 | Toppan Vintage Inc. PO Box 30719 New York, NY 10087-0719 | Toppan Vintage Inc. P# 212-596-7747 F# 212-813-3207 | Professional Services | | | | $3,500.00 |
| 9 | Opportune LLP 711 Louisiana Suite 3100 Houston, TX 77002 | Opportune LLP P# 713-490-5050 F# 713-490-0355 rwalker@opportune.com | Professional Services | | | | $2,228.00 |

Debtor  __EV Energy Partners, L.P., _et al._____          Case Number (if known) _____
              Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditorcontact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | Husch Blackwell LLP PO Box 802765 Kansas City, MO 64180 | Husch Blackwell LLP P# 816-983-8000 F# 816-983-8080 bret.chapman@huschblackwell.com | Professional Services | | | | $66.00 |
| 11 | Adparo LLC 105 N Hudson Oklahoma City, OK 73102-4803 | Adparo LLC P#405-232-9700 | Trade | Unliquidated | | | Undetermined |
| 12 | Antero Resources Appalachian 1615 Wynkoop Street Denver, CO 80202 | Antero Resources Appalachian P# 303-357-7310 F# 303-357-7315 | Trade | Unliquidated | | | Undetermined |
| 13 | Atchley Resources Inc. 13903 Quail Pointe Dr. Oklahoma City, OK 73134-1002 | Atchley Resources Inc. P# 405-848-3331 | Trade | Unliquidated | | | Undetermined |
| 14 | Basa Resources Inc. 14875 Landmark Blvd Suite 400 Dallas, TX 75254 | Basa Resources Inc. P# 214-580-5203 | Trade | Unliquidated | | | Undetermined |
| 15 | Blackbrush Karnes Properties LLC 18615 Tuscany Stone, Suite 300 San Antonio, TX 78258-3505 | Blackbrush Karnes Properties LLC P# 210-495-5577 F# 210-495-0075 | Trade | Unliquidated | | | Undetermined |

Debtor    <u>EV Energy Partners, L.P., *et al.*</u>    Case Number (if known) _____
          <sub>Name</sub>

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim {for example, trade debts, bank loans, professional services, and government contracts} | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Bluestone Natural Resources II LLC 2100 South Utica Ave Tulsa, OK 74114 | Bluestone Natural Resources II LLC P# 918-392-9200 | Trade | Unliquidated | | | Undetermined |
| 17 | Browning Oil Company Inc. 12377 Merit Drive Dallas, TX 75251 | Browning Oil Company Inc. P# 214-739-3481 F# 214-739-4458 | Trade | Unliquidated | | | Undetermined |
| 18 | Cemoil Inc. 2931 County Street 2773 Chickasha, OK 73018 | Cemoil Inc. P# 405-222-4449 | Trade | Unliquidated | | | Undetermined |
| 19 | Cimarex Energy Co 774023 4023 Solutions Center Chicago, IL 60677-4000 | Cimarex Energy Co 774023 P# 303-295-3995 | Trade | Unliquidated | | | Undetermined |
| 20 | Citizen Energy II LLC 320 S Boston Ave Tulsa, OK 74103 | Citizen Energy II LLC P# 918-949-4680 | Trade | Unliquidated | | | Undetermined |
| 21 | ConocoPhillips Company 21873 Network Place Chicago, IL 60673-1218 | ConocoPhillips Company P# 281-293-1000 | Trade | Unliquidated | | | Undetermined |

Debtor    EV Energy Partners, L.P., *et al.*                    Case Number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Crawley Petroleum Corp. 105 North Hudson Suite 800 Oklahoma City, OK 73101-4803 | Crawley Petroleum Corp. P# 405-232-9700 | Trade | Unliquidated | | | Undetermined |
| 23 | Crest Resources Inc. 15 E 5th Street Suite 3650 Tulsa, OK 74103 | Crest Resources Inc. P# 918-585-2900 F# 918-585-2946 | Trade | Unliquidated | | | Undetermined |
| 24 | Cronus Exploration Co LLC 1503 N Garfield Rd Traverse City, MI 49696 | Cronus Exploration Co LLC P# 231-935-0285 | Trade | Unliquidated | | | Undetermined |
| 25 | Devon Energy Production Co LP 333 W Sheridan Oklahoma City, OK 73102-8260 | Devon Energy Production Co LP P# 405-235-3611 F# 405-552-4550 | Trade | Unliquidated | | | Undetermined |
| 26 | Echo E&P LLC 3817 NW Expressway Oklahoma City, OK 73112 | Echo E&P LLC P# 405-753-4232 | Trade | Unliquidated | | | Undetermined |
| 27 | GeoSouthern Energy Co 1425 Lake Front Circle Suite 200 The Woodlands, TX 77380 | GeoSouthern Energy Co P# 281-363-9161 F# 281-363-9181 | Trade | Unliquidated | | | Undetermined |

Debtor    EV Energy Partners, L.P., _et al._    Case Number (if known) _____
                     Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Impetro Operating LLC 300 East Sonterra Blvd San Antonio, TX 78258 | Impetro Operating LLC P# 210-999-5400 | Trade | Unliquidated | | | Undetermined |
| 29 | Indian Exploration Company LLC 123 S Hudson Ave Oklahoma City, OK 73102-5020 | Indian Exploration Company LLC P# 405-231-2476 F# 405-488-0352 | Trade | Unliquidated | | | Undetermined |
| 30 | JMA Energy Company LLC 1021 NW Grand Blvd Oklahoma City, OK 73118-6039 | JMA Energy Company LLC P# 405-418-2853 F# 405-418-2546 | Trade | Unliquidated | | | Undetermined |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EV ENERGY PARTNERS, L.P. | Case No. 18-_____(___) |
| Debtor. | |

### LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| EV Energy Partners, L.P. | Cede & Co. | PO Box 20, Bowling Green Station, New York, New York 10274 | 94.4% |
| | Jones EnerVest Ltd. | PO Box 2530 Albany, Texas 10274 | 3.8% |
| | Rayan O. Abuzeinab | 2601 Augusta Dr. Apt 10 Houston, Texas 77057 | <1% |
| | Steven L. Adams | 1200 Post Oak Blvd Apt 1002 Houston, Texas 77056 | <1% |
| | Jeremy A. Adkins | 248 Scary Creek Hamlin, West Virginia 25523 | <1% |
| | Jesus J. Aguilar | 20803 Park Pine Dr. Katy, Texas 77450 | <1% |
| | Michael Aguirre | 1822 Gillette St. Houston, Texas 77019 | <1% |
| | Mickey L. Ahrens | 18 CR 5203 Bloomfield, New Mexico 87413-9714 | <1% |
| | Olabisi A. Ajiboye | 3238 Upland Spring Trace Katy, Texas 77493 | <1% |
| | Byron Luke Albrecht | 4325 Lula Street Bellaire, Texas 77401 | <1% |
| | Farid Amirbekov | 145 Heights Blvd, Apt. 453 Houston, Texas 77007-3768 | <1% |
| | Bessie M. Andrews | 21727 Tatton Crest Ct Spring, Texas 77388-6961 | <1% |
| | Michael Angus | 2019 E 2000 N Roosevelt, Utah 84066 | <1% |
| | Ann Archer | 1005 Sable Dr. Friendswood, Texas 77546 | <1% |
| | Ketih J. Archer | 12631 Blackstone River Dr. Humble, Texas 77346-3541 | <1% |
| | Elroy L. Ardoin | 207 Cypress St. Ragley, Louisiana 70657-6902 | <1% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Daphine M. Atkinson | 6718 Maczali Dr. Missouri City, Texas 77489-5607 | <1% |
| | James D. Ayers Jr. | 133 Chelsea Cove Zanesville, Ohio 43701 | <1% |
| | Larry B. Baggett | 4460 Sendera Ct College Station, Texas 77845 | <1% |
| | Mark L. Barnhill | 1616 Sagewood Drive Charlottesville, Virginia 22902 | <1% |
| | Keith Barton | 7430 River Garden Dr. Houston, Texas 77095 | <1% |
| | Amii Bean | 21304 Russell Chase Dr. Porter, Texas 77365 | <1% |
| | Bruce L. Beattie | 19019 Sweden Ct Spring, Texas 77379 | <1% |
| | Douglas Beighle | 6944 Halo Rd NW Dellroy, Ohio 44620 | <1% |
| | Donald E. Biehl | 1869 Feed Rd Bellevue, Texas 76228 | <1% |
| | Sara L. Bosshard | 3315 Stanton Court Pearland, Texas 77584 | <1% |
| | Sue A. Bowden | 211 Cavender Dr. Elkview, West Virginia 25071 | <1% |
| | Tracy S. Brandon | 448 W 19th St # 579 Houston, Texas 77008-3914 | <1% |
| | Carmen D. Broussard | 100 RRL Park Loop Lot 2 Many, Louisiana 71449 | <1% |
| | Andrew R. Brown | 1237 Gardenia Dr. Houston, Texas 77018 | <1% |
| | Steven D. Buck | 3027 FM 2440 Giddings, Texas 78942-6462 | <1% |
| | Joseph N. Buelna | 6018 Saint Andrews Dr. Pasadena Texas 77505 | <1% |
| | Michael R. Burkhart | 6362 E Sparta Ave SE East Sparta, Ohio 44626 | <1% |
| | Jesenda L. Burns | 3822 Paigewood Dr. Pearland, Texas 77584-9462 | <1% |
| | Joni Byrd | 2903 W Dallas St Houston, Texas 77019 | <1% |
| | Matthew S. Campbell | 21514 E. Gold Buttercup Ct. Cypress, Texas 77433 | <1% |
| | Anson Carter | 26805 Kings Manor Dr. S Kingwood, Texas 77339 | <1% |
| | Sylvia H. Castilleja | 4244 Emory Ave Houston, Texas 77005 | <1% |
| | Lance H. Castro | 612 Allen Dr. Sonora, Texas 76950 | <1% |
| | Nancy Cemino | 148 Trail of the Flowers Georgetown, Texas 78633 | <1% |
| | Leslie A. Cheevers | 13727 Oleoke Ln Houston, Texas 77015 | <1% |
| | Teri Chen | 3707 Bruce St Houston, Texas 77009 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Asif S. Chowdhury | 10031 Rhiney Ct<br>Houston, Texas 77089-7045 | <1% |
| | Richard A. Collins | 406 E Frenchmans Bend Rd<br>Monroe, Louisiana 71203-8852 | <1% |
| | Timothy A. Cook | 1661 Woods Dr.<br>Saint Albans, West Virginia 25177 | <1% |
| | Sean D. Cooper | 2427 Deep Lake Dr.<br>Humble, Texas 77345 | <1% |
| | Douglas S. Cossin | 8098 Ripley Rd<br>Cottageville, West Virginia 25239 | <1% |
| | Justin S. Coyan | 404 Nancy St<br>Charleston, West Virginia<br>25311-2020 | <1% |
| | Wesley D. Crawford Jr. | 2803 Lenwood Ct<br>Austin, Texas 78738-5348 | <1% |
| | Jeffery J. Cross | 1516 Bessie St<br>Aztec, New Mexico 87410-1504 | <1% |
| | Nancy E. Cunningham | 810 Voss Rd<br>Houston, Texas 77024 | <1% |
| | Timmy F. Curry | 2515 Silver Falls Dr.<br>Kingwood, Texas 77339 | <1% |
| | Doumonyo T. Daukoru | 1239 Mystic River Ln<br>Rosenberg, Texas 77471 | <1% |
| | Kent A. Davidson | 17310 Rosy Hill Ct<br>Cypress, Texas 77429 | <1% |
| | Latoya N. Davis | 4502 Bridgestone Valley Dr.<br>Spring, Texas 77388-3561 | <1% |
| | Lonnie Davis | 200 W Lakeview Rd<br>Elk City, Oklahoma 73644 | <1% |
| | Kelly A Day | 10907 Tupper Lake Dr.<br>Houston, Texas 77042-1316 | <1% |
| | Peter Manz DC, trustee | 6104 Huntley Rd<br>Columbus, Ohio 43229 | <1% |
| | Chester L. Deal | 1017 E 26th St<br>Farmington, New Mexico 87401 | <1% |
| | Bradford A. Dean | 2204 Pine Tree Rd<br>Longview, Texas 75604 | <1% |
| | Giancarlo Defranco | 3423 Bradford St Suite E<br>Houston, Texas 77025 | <1% |
| | Phil C. Delozier | 4010 Riley Street<br>Houston, Texas 77005 | <1% |
| | Lisa M. Deville | 3 E Lakemist Cir<br>The Woodlands, Texas<br>77381-6168 | <1% |
| | Cecil L. Dobbins | 783 Cliffside Dr.<br>Akron, Ohio 44313-5609 | <1% |
| | Robert George Douglas | 558 De Sales St<br>San Gabriel California<br>91775-2136 | <1% |
| | Steven M. Downey | 120 Sheridan Cir<br>Charleston, West Virginia 25314 | <1% |
| | Sara P. Doyle | 3710 Wildwood Ridge Dr.<br>Kingwood, Texas 77339-2662 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Eric V. Eaches | 6722 Auburn Jewel St<br>Spring, Texas 77389 | <1% |
| | Frederick A. Ealand III | 12302 Pinerock Ln<br>Houston, Texas 77024-4123 | <1% |
| | Athena P. Ebersole | 5131 Limerick Ave NW<br>North Canton, Ohio 44720-7440 | <1% |
| | Todd S. Eckhardt | 10834 Ella Lee Ln<br>Houston, Texas 77042 | <1% |
| | David M. Elkin | 221 Greenwood Dr.<br>Wexford, Pennsylvania 15090 | <1% |
| | Encap Energy Capital Fund V LP | 1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | <1% |
| | Encap V B Acquisition LP | 1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | <1% |
| | EnerVest, Ltd. | 1100 Louisiana, Suite 4900<br>Houston, Texas 77002 | <1% |
| | Ivan J. Faldyn | PO Box 952<br>La Grange, Texas 78945-0952 | <1% |
| | Jennifer J. Porter Field | 980 Kilmer Ct<br>Martinsburg, West Virginia 25401 | <1% |
| | Ryan J. Flory | 4706 Derbywood Glen Ln<br>Katy, Texas 77494-3230 | <1% |
| | Marilyn Z. Floyd | 12922 Chavile<br>Cypress, Texas 77429 | <1% |
| | Sandra K. Fraley | 3700 Hunters Creek Road<br>Edmond, Oklahoma 73003 | <1% |
| | Craig Stephen French Jr. | 9431 Copper Cove Ln<br>Rosharon, Texas 77583 | <1% |
| | William Henson French, trustee | 115 Grove Avenue<br>Prescott, Arizona 86301-2909 | <1% |
| | Steven E. Frye | 820 Shores Blvd<br>Rockwall, Texas 75087-2372 | <1% |
| | Gary L. Gann | Po Box 11498<br>Spring, Texas 75087-2372 | <1% |
| | Edna Garcia | 6714 Hunters Trace Lane<br>Baytown, Texas 77521-6550 | <1% |
| | Michael Garcia | 106 N Grohmann St<br>Weimar, Texas 78962 | <1% |
| | Jacqueline L. Garner | 19214 Haystream Dr.<br>Katy, Texas 77449 | <1% |
| | Martina Garza | 14835 Armitage Ln<br>Sugar Land, Texas 7498 | <1% |
| | Bryan Ginsburg | 11111 Town Elm Ct<br>Houston, Texas 77065 | <1% |
| | Robert A. Glaser | 1620 Palmetto Ln<br>Kingwood ,Texas 77339 | <1% |
| | Lisa L. Goff | 1258 Ridge Drive<br>S Charleston, West Virginia 25309 | <1% |
| | Gabriela Gonzalez | 315 Gershwin Dr.<br>Houston, Texas 77079-7331 | <1% |
| | Patricia Gonzalez | 9930 Sage Lee Dr.<br>Houston, Texas 77089 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Charles W. Goodin | 15228 Fiddlesticks Blvd<br>Fort Myers, Florida 33912-2439 | <1% |
| | William A. Grubaugh | 1210 Blind Brook Dr.<br>Columbus, Ohio 43235 | <1% |
| | Michael Grundy | 505 Jackson Hill St Apt 304<br>Houston, Texas 77007 | <1% |
| | Michael Gruver | 4214 Calmont Ave<br>Fort Worth, Texas 76107-4311 | <1% |
| | L. Todd Guest | 151 Plantation Rd<br>Houston, Texas 77024 | <1% |
| | Virginia L. Gwyn | 207 Wild Timber Dr.<br>Kerrville, Texas 78028 | <1% |
| | Ricky G. Hanifan | 2328 Hickory Flat Rd<br>Buckhannon ,West Virginia<br>26201-8525 | <1% |
| | Randy A. Hardee | PO Box 411<br>Alvord, Texas 76225 | <1% |
| | Frank R. Harris | PO Box 253<br>Fairbanks, Louisiana 71240 | <1% |
| | Susan G. Harris | 67 Floral Hills Ln<br>Fulshear, Texas 77441-1523 | <1% |
| | Kevin M. Hartl | 3926 Diamondale Ct<br>Katy, Texas 77450 | <1% |
| | Donna Hashaw | 4527 Park Trail Lane<br>Pasadena, Texas 77505 | <1% |
| | Brian R. Hatt | 15711 Ridge Park Dr.<br>Houston, Texas 77095 | <1% |
| | Anna Riley Hawkins | 140 Troopers Aly<br>Abingdon, Virginia 24210-3329 | <1% |
| | Clinton A. Hayes | 15243 Maple Meadows Dr.<br>Cypress, Texas 77433 | <1% |
| | Robert C. Hendrix | 1029 Okaloosa Rd<br>Eros, Louisiana 71238-9322 | <1% |
| | Daniel J. Herman | 3441 Riverstone Cir N<br>Apt 731<br>Fort Worth, Texas 76116-0893 | <1% |
| | Divina Hernandez | 6310 Teal Mist Ln<br>Fulshear, Texas 77441-2058 | <1% |
| | Barry N. Hill II | 5406 Vickery Blvd<br>Dallas, Texas 75206 | <1% |
| | Bonita K. Hill | 6067 Yale St<br>Houston, Texas 77076-3925 | <1% |
| | Brian M. Hill | 20619 Tupelo Ridge Dr.<br>Richmond, Texas 77406-1556 | <1% |
| | Christopher R. Hinte | 5502 Silent Timber Path Ln<br>Spring, Texas 77386 | <1% |
| | Dwight R. Hipkiss | 19002 Sand Trap Ct<br>Humble, Texas 77346 | <1% |
| | Amber N. Hodgdon | 413 Woodbridge Dr.<br>.Charleston, West Virginia<br>25311-9731 | <1% |
| | Grant D. Hoffner | 4 Chelsea Blvd Apt 1714<br>Houston, Texas 77006-6272 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Mark A. Houser | 1001 Fannin, Suite 800<br>Houston, Texas 77002 | <1% |
| | Lester Hughes | 520 Copeland St<br>Rusk, Texas 75785 | <1% |
| | Casilda J. Inniss | 2525 North Krenek Lane<br>Crosby, Texas 77532 | <1% |
| | David N. Ivie | 402 FM 1658<br>Bridgeport, Texas 76426 | <1% |
| | Jerry L. Jackson | 408 Pennsylvania Ave<br>Nutter Fort, West Virginia 26301 | <1% |
| | Nathan D. Johnson | 337 Dry Branch Dr.<br>Charleston, West Virginia 25306 | <1% |
| | Charles W. Johnston | 8718 S Monticello Cir<br>Granbury, Texas 76049 | <1% |
| | James Jonas | 200 Kennon Cir<br>Palo Pinto, Texas 76484 | <1% |
| | Dennis W. Jones | 16202 Hollow Rock Dr.<br>Houston, Texas 77070-2062 | <1% |
| | Kyle K. Jones | 17001 Vitoria Dr.<br>Oklahoma City, Oklahoma | <1% |
| | Randy Jorgensen | PO Box 546<br>Duchesne, Utah 84021 | <1% |
| | William R. Keller | 13031 Perthshire Rd<br>Houston, Texas 77079-6135 | <1% |
| | Ghannie Khalim | 9419 Brantfield Ct<br>Houston, Texas 77095 | <1% |
| | Hyder A. Khan | 462 Corridor Way<br>Stafford, Texas 77477 | <1% |
| | Michael Kifer | 2816 Plumb St<br>Houston, Texas 77005 | <1% |
| | Eric W. Kinder | 27 Hillsdale Cir<br>Scott Depot, West Virginia 25560 | <1% |
| | Lisa M. King | 3 E Lakemist Cir<br>The Woodlands, Texas 77381 | <1% |
| | Penny L. King | 1903 Vineyard Hill Ct<br>Pearland, Texas 77581 | <1% |
| | Mackenzie Kline | 538 Dawson Ave Fl 1<br>Pittsburgh, Pennsylvania 15202 | <1% |
| | Robert S. Knowles Jr. | 34110 Bar R Blvd<br>Magnolia, Texas 77355 | <1% |
| | Harry C. Kwan | 10315 Heaven Leigh Trail<br>Houston, Texas 77064 | <1% |
| | Benjamin J. Lancaster | 1670 Wite Oak Dr.<br>Charleston, West Virginia 25320 | <1% |
| | Robert C. Lanz | 6900 Lake Woodlands Dr.<br>Apt 220<br>Spring, Texas 77382-2837 | <1% |
| | Barry K. Lay | 943 Mineral Rd<br>Glenville, West Virginia 26351 | <1% |
| | Kristi D. Legg | 245 Frazier Way<br>Scott Depot, West Virginia<br>25560-9009 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Richard T. Lewis | 2603 E 19th St<br>Tulsa, Oklahoma 74104-5807 | <1% |
| | Nancy Knerr Light | 1655 White Acre Dr.<br>Bethlehem, Pennsylvania 18015-5039 | <1% |
| | George Lindahl III | 1001 Fannin, Suite 800<br>Houston, Texas 77002 | <1% |
| | Anthony W Lopez | 3526 Galley Mist Dr.<br>Spring, Texas 77388-1408 | <1% |
| | LT Guest Investments LP | 151 Plantation Road,<br>Houston, Texas 77024 | <1% |
| | Gary Lu | 759 Windbreak Trail<br>Houston, Texas 77079-4226 | <1% |
| | John W. Marks | 17210 Misty Creek Rd<br>Spring, Texas 77379 | <1% |
| | John F. Marrs | 1115 Magnolia Trace<br>League City, Texas 77573-7522 | <1% |
| | Rebecca Martin | 4610 Huisache St<br>Bellaire, Texas 77401 | <1% |
| | Levi P. Maurer | 2404 Avalon Trace Ln<br>Pearland, Texas 77581 | <1% |
| | Brett Mayes | 987 Walkers Bend Rd<br>Johnson City, Tennessee 37615-4176 | <1% |
| | Faron C. Mccain | 1711 E 13th St<br>Sweetwater, Texas 79556-2722 | <1% |
| | Timothy R. Mcconaha | 200 W Shafer Ave<br>Dover, Ohio 44622 | <1% |
| | George E. Mcintyre | 301 Fairway Gdns<br>Hurricane, West Virginia 25526 | <1% |
| | Charles M. Mcpherren | 4201 Roseland St<br>Houston, Texas 77006 | <1% |
| | Gregory A. Melton | 1317 Eberhard St<br>Houston, Texas 77019 | <1% |
| | Michael Mercer | 1001 Fannin, Suite 800<br>Houston, Texas 77002 | <1% |
| | Jacob Metzger | 312 Seals Pl<br>Monroe, Louisiana 71203 | <1% |
| | Kevin L. Miller | 78 Dairy Rd<br>West Hamlin, West Virginia 25571-8025 | <1% |
| | Steven F. Millican | 5490 Harvest Oak Landing Dr.<br>Spring, Texas 77386-4093 | <1% |
| | Carolyn S. Modarelli | 3254 Tamarack Ln<br>Wooster, Ohio 44691 | <1% |
| | Patrick Molbert | 111 Hampton Rd<br>Lafayette, Louisiana 70503-3530 | <1% |
| | Jason Moore | 31 Tidwillow Place<br>The Woodlands, Texas 77375 | <1% |
| | Rhonda G. Motley | 11719 Parkriver Dr.<br>Houston, Texas 77070 | <1% |
| | Karen R. Mott | 14014 Greenwood Manor Dr.<br>Cypress, Texas 77429-6999 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Brett A. Munkres | 13269 Autumn Mist Ln<br>Conroe, Texas 77302 | <1% |
| | Terrill J. Munkres | 13269 Autumn Mist Ln<br>Conroe, Texas 77302 | <1% |
| | Terrill J. Munkres &<br>Susan W. Munkres, trustees | 13269 Autumn Mist Ln<br>Conroe, Texas 77302 | <1% |
| | Sara Naughton | 3315 Stanton Court<br>Pearland, Texas 77584 | <1% |
| | Dietra L. Nickerson | 9449 Briar Forest Apt 4202<br>Houston, Texas 77063 | <1% |
| | Vanessa A. O'Connor | 21346 Russell Chase Dr.<br>Porter, Texas 77365 | <1% |
| | Chuck L. Ong | 607 Benchmark Dr.<br>College Station, Texas 77845 | <1% |
| | Richard Pankau | 1013 Shawnee Trl<br>Elkview, West Virginia 25071 | <1% |
| | Terri H. Patterson | PO Box 575<br>Farmerville, Louisiana 71241 | <1% |
| | Paul G. Pattillo | 8715 Dallam Ct<br>Houston, Texas 77064-8621 | <1% |
| | Tracey R. Perdue | 175 Lindenberry Circle<br>The Woodlands, Texas 77389 | <1% |
| | Larry L. Perry | PO Box 2493<br>Brenham, Texas 77834 | <1% |
| | Lisa D. Perry | 2212 Lakeway Dr.<br>Friendswood, Texas 77546 | <1% |
| | Kenneth J. Pfeil | 31118 Lower Oxbow Trace<br>Fulshear, Texas 77441-4542 | <1% |
| | William O. Pilkington | 512 Darwood St<br>Kermit, Texas 79745 | <1% |
| | Daniel Polo | 4419 Italy Ln<br>Pasadena, Texas 77505 | <1% |
| | Jennifer L. Porter | 502 Rays Way<br>Freeport, Texas 77541 | <1% |
| | Charles R. Price | 5932 Sardinia Dr.<br>Round Rock, Texas 78665-4509 | <1% |
| | Vincent B. Priestly | 10607 Twilight Creek Ln<br>Cypress, Texas 77433-3527 | <1% |
| | PT3 LLC | 6271 Spinakker Dr.<br>Lewis Center, Ohio 43035 | <1% |
| | Carrie L. Pugh | 320 E Maplewood Ests<br>Scott Depot ,West Virginia 25560 | <1% |
| | Oscar J. Reak | 3041 Highfield Dr.<br>Montgomery, Alabama 36111 | <1% |
| | Randal R. Rebne | 659 Century Farms Rd<br>Burton, Texas 77835 | <1% |
| | Gavin M. Reed | 209 Shasta Dr.<br>Cross Lanes, West Virginia 25313-4001 | <1% |
| | Laura A. Reesby | 5115 Sycamore Creek Dr.<br>Kingwood, Texas 77345-1447 | <1% |
| | Nicholas Reinert | 5909 Burnett Rd<br>Manvel, Texas 77578-4505 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Douglas W. Remmert | 6202 Wynnwood Ln<br>Houston, Texas 77008 | <1% |
| | Robert V. Resendez | 12002 Knobcrest Dr.<br>Houston, Texas 77070 | <1% |
| | Brad M. Richard | 7545 E Peakview Ave Apt 714<br>Centennial, Colorado 80111-6768 | <1% |
| | Ronald P. Richard | 127 Bellardia Court<br>Montgomery, Texas 77316 | <1% |
| | Kyle A. Ries | 10430 Barwood Dr.<br>Houston, Texas 77043 | <1% |
| | Jeffrey A. Riling | 357 Sunshine Ln<br>Gaylord, Michigan 49735 | <1% |
| | Nora Rincon | 6302 Milam Branch Ln<br>Rosenberg, Texas 77471-6654 | <1% |
| | Kelly S. Roberts | 10030 Palisade Lakes Dr.<br>Houston, Texas 77095 | <1% |
| | Ryan M. Robinson | 300 St Joseph Pkwy<br>Apt 419<br>Houston, Texas 77002-8702 | <1% |
| | Claudia Rodriguez | 510 Wilcrest Dr.<br>Houston, Texas 77042-1075 | <1% |
| | Susan Rogers | 4206 Addison Ranch Ln<br>Fulshear, Texas 77441 | <1% |
| | David M. Romine | 302 Washington Ave<br>Nitro, West Virginia 25143-2039 | <1% |
| | Michael J. Rondinaro | 810 Green Belt Dr.<br>Sugar Land, Texas 77498-2752 | <1% |
| | Noah James Rowe, Arthur Alden Rowe & Cynthia Hardee Rowe, trustees | 1407 Catherine St<br>Orlando, Florida 32801 | <1% |
| | Carlos Sauceda | 4607 Kings Landing Ln<br>Katy, Texas 77494-4893 | <1% |
| | Trevor L Schaffer | 350 Meadowland Dr.<br>Mineral Wells, West Virginia 26150-3130 | <1% |
| | Johnetta B Scheh | PO Box 456<br>Sealy, Texas 77474-0456 | <1% |
| | Matthew Schiefelbein | 18606 Polo Meadow Dr.<br>Humble, Texas 77346 | <1% |
| | James Schuler | 31420 Longwood Park Lane<br>Spring, Texas 77386 | <1% |
| | Rudi S. Seidensticker | 7951 Holderman St<br>Lewis Center, Ohio 43035 | <1% |
| | Kayla M. Shamblin | 96 Orchard Dr.<br>Nitro, West Virginia 25143-1170 | <1% |
| | Neil Shannon | 28122 Cade Hills Ln<br>Spring, Texas 77386-3664 | <1% |
| | John D. Shoemaker | 2206 Shadowbriar Drive<br>Houston, Texas 77077 | <1% |
| | Chelsie R. Sholes | 2741 Roselane Dr.<br>Charleston, West Virginia 25302 | <1% |
| | Raymond L. Simoneaux | 25510 Overbrook Terrace Ln<br>Katy, Texas 77494 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Eric T. Skotnicki | 3790 Center St Apt 2210 Houston, Texas 77007 | <1% |
| | Andrew J. Smith | 14 Cedar Chase Pl The Woodlands, Texas 77381 | <1% |
| | Denise M. Ojeda Speer | 30 E Sundance Cir The Woodlands, Texas 77382-5728 | <1% |
| | Frederick J. Stair | 10665 Market Ave N Hartville, Ohio 44632 | <1% |
| | Mathew Stearns | 14623 Oak Bend Dr. Houston, Texas 77079-6441 | <1% |
| | Samuel Steele | 1302 Waugh Dr. No 357 Houston, Texas 77019 | <1% |
| | Jeffrey R. Stevens | 57 Cala Ln Alum Creek, West Virginia 25003 | <1% |
| | Jerry O. Stevens Jr. | 127 Country Cove Estates Scott Depot, West Virginia 25560 | <1% |
| | Rebecca L. Stewart | 77 Exeter St Apt 1503 Boston, Massachusetts 02116-3523 | <1% |
| | Jacky Stowers | 3316 N Oakwood Rd Enid, Oklahoma 73703 | <1% |
| | Daniel E. Stricker | 1178 Emerald Rd Charleston, West Virginia 25314 | <1% |
| | Jeffrey Stringham | 72 S 1000 W Roosevelt, Utah 84066 | <1% |
| | Veer K. Surapaneni | 12510 Emerald Springs Dr. Pearland, Texas | <1% |
| | Nell C. Swanson | 2179 Troon Road Houston, Texas | <1% |
| | Noirin M. Taber | 5925 Kiam Houston, Texas 77007 | <1% |
| | Karen D. Taylor | 2809 Wroxton Rd Houston, Texas 77005 | <1% |
| | Larry T. Tetrick | PO Box 63 Kenna, West Virginia 25248 | <1% |
| | James P. Thomas | 4316 Vaughan Street Austin, Texas 78723 | <1% |
| | Albert W. Thomason | 15757 Highway 39 Purcell, Oklahoma 73080 | <1% |
| | David W. Tomlinson | 27610 Quiet Sky Pl Spring, Texas 77386-3962 | <1% |
| | Janet L. Traylor | 209 Rollingwood Cir Baytown, Texas 77520 | <1% |
| | Richard G. Trueheart | 3810 Katy Hockley Rd Katy, Texas 77493-4038 | <1% |
| | Rayce Turner | 1427 Richelieu Ln Houston, Texas 77018 | <1% |
| | Troy M. Valasek | 6863 Big Spring Ave Ne Canton, Ohio 44721-2567 | <1% |
| | Van Khuong | 5315 Hope Ranch Ln Sugar Land, Texas 77479 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Van Tran | 5315 Hope Ranch Ln<br>Sugar Land, Texas 77479 | <1% |
| | Christopher S. Veazy | 4101 Staunton Ave Se<br>Charleston, West Virginia 25304 | <1% |
| | Phyllis M. Veltri | 619 Northstar Lane<br>Charleston, West Virginia 25302 | <1% |
| | Joseph E. Wade | 1724 County Road 175<br>Jeromesville, Ohio 44840 | <1% |
| | Duane T. Wagner | 7506 Water Wood Trail<br>Humble, Texas 77346 | <1% |
| | Terry A. Wagstaff | 1001 Fannin, Suite 800<br>Houston, Texas 77002 | <1% |
| | Elizabeth A. Walker | 20704 Rumsey Springs Dr.<br>Porter, Texas 77365 | <1% |
| | Judson B. Walker | 446 Faust Ln<br>Houston, Texas 77024-4702 | <1% |
| | Thomas W. Walker | 1646 Highway 820<br>Choudrant, Louisiana 71227-3334 | <1% |
| | Michael J. Walther | PO Box 857<br>Sonora, Texas 76950 | <1% |
| | Edgar R. Ward | 16 Grant Pl<br>Pantego, Texas 76013 | <1% |
| | Jeremy Waters | 2611 Settlers Way Dr.<br>Sealy, Texas 77474 | <1% |
| | Mary C. Watson | 8115 Azure Brook Dr.<br>Houston, Texas 77089-2472 | <1% |
| | Robert L. G. Watson | 269 Geneseo Rd<br>San Antonio, Texas 78209 | <1% |
| | Michael L. Weaver | 2027 Blue Water Bay Dr.<br>Katy, Texas 77494 | <1% |
| | Elaine B. Welch | 9642 Shadow Creek Trail<br>Hearne, Texas 77859 | <1% |
| | Fabene J. Welch | 1602 Harold Street<br>Houston, Texas 77006 | <1% |
| | Troy D. Wells | 519 12th St NW<br>Carollton, Ohio 44615 | <1% |
| | William S. Welton | 14318 Broadgreen Dr.<br>Houston, Texas 77079 | <1% |
| | Damian T. West | 124 CR 3690<br>Boyd, Texas 76023 | <1% |
| | David L. West | 705 Driver Ct<br>College Station, Texas 77845 | <1% |
| | John A. West | 1706 Noahpines Ct<br>Spring, Texas 77386 | <1% |
| | Joann White | 17318 Sandalisle Lane<br>Richmond, Texas 77407-2633 | <1% |
| | Christy Whited | 3503 Wellington Dr.<br>Hurricane, West Virginia 25526 | <1% |
| | David C. Williamson II | 6122 Hickorycrest Dr.<br>Spring, Texas 77389-3743 | <1% |
| | John R. Williamson | 1915 Greenwich Terrace Dr.<br>Houston, Texas 77019 | <1% |

| Debtor | Equity Holders | Address of Equity Holders | Percentage of Equity Held |
|---|---|---|---|
| | Maxwell Winek | 3334 Oaknoll Rd<br>Gibsonia, Pennsylvania<br>15044-8483 | <1% |
| | Edwin W. Winkler Jr | 9029 Pin Oak Rd<br>Edwardsville, Illinois 62025 | <1% |
| | Patty J. Wiseman | 2217 Kay Neva Ln<br>Charleston, West Virginia 25312 | <1% |
| | John A. Work | 2738 Triway<br>Houston, Texas | <1% |
| | Gina L. Workman | 3868 Procious Maysel Rd<br>Maysel, West Virginia 25133 | <1% |
| | Ronnie L. Young | 1217 Brenham Ln<br>Volente, Texas 78641-3551 | <1% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EV ENERGY PARTNERS, L.P. | ) | Case No. 18-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[2] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: EV Energy Partners, L.P. (5690); EV Properties, L.P. (5543); EV Properties GP, LLC (3943); EnerVest Production Partners, Ltd. (8619); EVPP GP, LLC (8340); CGAS Properties, L.P. (7277); EVCG GP, LLC (7274); EnerVest Monroe Marketing, Ltd. (7606); EnerVest Monroe Gathering, Ltd. (7608); EV Energy GP, L.P. (5646); EV Management, LLC (5594); EV Energy Finance Corp. (3405); Belden & Blake, LLC (6642); and EnerVest Mesa, LLC (1725). The Debtors' service address is: 1001 Fannin Suite 800, Houston, TX, 77002.

Fill in this information to identify the case and this filing:

Debtor Name        EV Energy Partners, L.P.

United States Bankruptcy Court for the:                District of Delaware
                                                                        (State)

Case number (If known):

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☒   *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____   List of Equity Security Holders and Creditor Matrix.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

04/02/2018                         ☒
MM/ DD/YYYY                    Signature of individual signing on behalf of debtor

**Nicholas P. Bobrowski**
Printed name
**Authorized Signatory**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors