April 16, 2018

Honorable Judge Christopher S. Sontchi
U.S. Bankruptcy Court for the District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801

Office of The U.S Trustee
Attn: Richard L. Schepacarter, Trial Attorney at Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

RE: **Case #18-10814-** EV Energy Partners, L.P. (EVEP) Chapter 11 Petition

Dear Honorable Judge Sontchi and Mr. Schepacarter, Esq.,

I am an individual investor in EVEP common units. I have lost about $189,0000.00 to date with EVEP, which I was saving for retirement. I believe I have been deliberately deceived by EVEP management and that they have acted in bad faith in filing Chapter 11. As an investor I relied on Delottie's Audited Dec. 31, 2016 financial statements, my reliance was based on the fact that they are a large reputable accounting firm, I believe their role is to act as a" financial detective" to protect the common unit holders. The Dec. 31, 2016 financials showed no existence of a cross covenant between the bank and the senior notes. Around November 2017 when I contacted EVEP investor relations, I spoke to a lady and I _specifically_ asked her about both the bank covenants and the bond debt maturity. **She told me that EVEP was first dealing with bank covenant compliance in March of 2018 and than they had another year to work on the Bonds that were maturing in April 2019. When I hung up the phone with her, I had no idea that the bonds due in April of 2019 could be accelerated or that a cross covenant existed**. The cross covenant was a critical piece of information for me as an investor to know because without the bond acceleration I do not believe that EVEP could have orchestrated this Chapter 11 petition.

I just came across a very upsetting press release (Exhibit A) dated March 20, 2018. Enervest has announced a sale of its asset positions **FOR WHOPPING $2.66 BILLION** in Eagle Ford and Austin Chalk which is scheduled to be closed in the second quarter of 2018. EVEP disclosed that it has a 5.8% working interest in the properties in Eagle Ford, which would amount to approximately $133 million and an undisclosed amount in Austin Chalk. **WHERE IS THE PRESENT COMMON UNIT HOLDER'S MONEY (THE TRUE OWNERS)?? I understand that the prepackage restructuring (bankruptcy) plan that EVEP has presented for court approval is being attempted to be rush through by EVEP management within 60 days, before the close of this sale.** I feel this is an underhanded strategic tactic by EVEP management to close after bankruptcy so the **PRESENT** common unit holders (the true owners) would be denied this money. Furthermore, why couldn't proceeds attributable to EVEP from this sale by Enervest be used to recalculate the covenant

compliance in order to demonstrate to the court that they are in compliance with the bank which would then mean that that the **the Chapter 11 petition is not valid** as opposed to diluting the common unit holders from (100% to 5%) and to make matters worse common unit holders could face a substantial amount of CODI as ordinary income.

Coincidently (or conveniently) EVEP filed their restructuring plan during tax season, when accountants, and their clients are buried in paperwork and it's a challenge for investors to get help and understand the restructuring plan and how CODI will affect them. I believe that EVEP management has a huge incentive to undervalue the assets, to further justify the bankruptcy and unjustly enrich management and the bondholders at the common unit holders expense (the true owners) in a post restructured company. I understand there is typically an 18-month period of time in a bankruptcy for the purpose of restructuring a company. However, I believe EVEP management has an ulterior motive to "ram" the bankruptcy through the court with a prepackaged plan so the both the court and the common unit holders do not have adequate time to scrutinize and determine the fair value of EVEP assets. I strongly believe the common unit holders (the true owners) can prove to the court that EVEP is not insolvent and that we can submit a plan to the bankruptcy court to preserve much greater value for the existing common unit holders (the true owners) than the "pennies on the dollar plan" that EVEP has proposed.

Under the EVEP prepackaged restructuring plan the potential CODI income to investors can be a "financial nightmare". The lower the asset value the higher the potential CODI for the common unit holders. As as common unit holder I feel that EVEP is "throwing us under the bus", but with CODI I feel like EVEP is shifting the "bus in reverse and running over us a second time".

Therefore, I respectfully object to EVEP's organizational plan and request that you appoint a Case Trustee or Examiner to perform an independent investigation, along with granting the common unit holders an equity committee. Please read some of my further reasons as follows:

-The other day I was reading my electronic WSJ and just came across, what I consider a disturbing article on Enervest (Exhibit B ) .

-I am merely a layperson but I can clearly see that the $1.5 Billion of assets in the balance sheet of EVEP is based on a very conservative figure, as this figure reflects depreciation and write down of impairments at a time when commodity prices were low. Now that commodity prices are up, there is no corresponding "write up". Therefore, the book value is not reflective of what these assets are worth in today's market. There is a boom in buying energy assets, Exxon has committed to buying 50 billion in the Permian Basin. As an example Breitburn has received multiple offers for their assets through their bankruptcy. Concho just bought RSPP at over 2 x their book value (Exhibit C). If you calculate EVEP on their book value, after paying bank debt and bonds, then almost $13 per common unit would be remaining to the common unit holders (the true owners) or the company would most likely bring in far in excessive of its book value if it were sold.

It also appears that EVEP can shed assets to emerge out of bankruptcy and give shareholder's far more than pennies on the dollar (5%). For example, there are 3,374 potential drilling sites that are located in Barnett Shale and Appalachian Basin. **ONE WOULD THINK THAT SOMEONE WOULD PAY SOMETHING FOR 3,374 POTENTIAL DRILLING SITES?**

I understand that determining a proper value of the assets of an MLP like EVEP is very complicated as there are many variables which can be subject to manipulations. It is obvious to even a layman as myself that one has to look at the credibility of the corporate governance and carefully scrutinize the valuations. Furthermore, I understand EVEP management has hired a small army of top "legal eagles" and "financial advisors", therefore I believe this speaks volumes to the complexity of the EVEP bankruptcy.

During my research, I found it quite astounding that EVEP in 2015 had a related party acquisition of $259 million with Enervest in which apparently **Not Even One** independent valuation was done for this acquisition. Within a couple of months of the acquisition EVEP wrote off $65.9 million in goodwill. One has to seriously wonder if there are any other transactions like this which appear to not be an "arms length".

After further research I noticed that EVEP sold some assets in the last quarter of 2016 for $52.1 million and turned right around and purchased $58.7 million in assets in January of 2017 while incurring an additional $6.6 million in debt. Normally I don't question managements decision on purchasing or selling assets. However management had the opportunity to pay down their debt but choose not to. Instead I believe they put the company in jeopardy for the common unit holders (the true owners) and did not fulfill their fiduciary duty in protecting the common unit holders (the true owners).

Last Fall when I glanced at the November 9, 2017 earnings transcripts EVEP management was saying positive things about their future, increasing production and spending money on drilling wells. However I came to find out that during this time EVEP was "plotting" behind the common unit holder's (the true owners) back in in discussions with the debtors and advisors to enter into a restructuring plan. So why was EVEP management spending money again instead of paying down the debt to comply with bank covenants??

In conclusion I believe compelling evidence shows that EVEP corporate governance is "bad to the bone" regarding its conduct towards its common unit holders (the true owners) and that there were conflicts of interest on transactions between Enervest and EVEP that were to the benefit of Enervest. Furthermore, I understand EVEP has spent a "Boat Load" of the common unit holder's money (more like a "Cruise Ship "of money) to craft a bankruptcy restructuring plan that "low balls" the value of the company and eviscerates the value of equity giving common unit holders (the true owners) just pennies on the dollar. Therefore, **PLEASE GIVE US A "RESCUE BOAT OF MONEY",** for an equity committee so common unit holder's (the true owners) can be represented in this bankruptcy.

I plan on attending the May 15, 2018 court hearing.  Thank you.

Respectfully yours,


Selma Poznanovich
selma@selmap.me
20 Chatham Court
Newport Beach, CA 92660