IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EV ENERGY PARTNERS, L.P., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-10814 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 6 |

**NOTICE OF FILING OF FIRST MODIFIED
JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION
FOR EV ENERGY PARTNERS, L.P. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on April 2, 2018, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed the *Joint Prepackaged Chapter 11 Plan of Reorganization for EV Energy Partners, L.P. and its Debtor Affiliates* [Docket No. 6] (as modified, amended, or supplemented from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is the *First Modified Joint Prepackaged Chapter 11 Plan of Reorganization for EV Energy Partners, L.P. and its Debtor Affiliates* (the "Modified Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit B** is a blackline of the Modified Plan, showing changes made from the Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Modified Plan will be held before Honorable Christopher S. Sontchi in the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: EV Energy Partners, L.P. (5690); EV Properties, L.P. (5543); EV Properties GP, LLC (3943); EnerVest Production Partners, Ltd. (8619); EVPP GP, LLC (8340); CGAS Properties, L.P. (7277); EVCG GP, LLC (7274); EnerVest Monroe Marketing, Ltd. (7606); EnerVest Monroe Gathering, Ltd. (7608); EV Energy GP, L.P. (5646); EV Management, LLC (5594); EV Energy Finance Corp. (3405); Belden & Blake, LLC (6642); and EnerVest Mesa, LLC (1725). The Debtors' service address is: 1001 Fannin Suite 800, Houston, TX, 77002.

DOCS_DE:219431.1 24441/001

Bankruptcy Court for the District of Delaware, located at 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on May 15, 2018 at 10:00 a.m. (prevailing Eastern time).  Please be advised that the confirmation hearing may be continued from time to time by the Bankruptcy Court without further notice other than by such adjournment being announced in open court or by a notice of adjournment being filed with the Bankruptcy Court and served on parties entitled to notice under Bankruptcy Rule 2002 and the local rules of the Bankruptcy Court or otherwise.

[*Remainder of Page Intentionally Left Blank*]

**PACHULSKI STANG ZIEHL & JONES LLP**

| | |
|---|---|
| Dated: May 11, 2018<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          tcairns@pszjlaw.com<br>          jmulvihill@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Jeremy David Evans (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Brad Weiland (admitted *pro hac vice*)<br>Travis M. Bayer (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

DOCS_DE:219431.1 24441/001